THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARMINDER SINGH,<br><br>  Petitioner,<br><br>  v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>  Respondent. | CASE NO. C13-1136-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the petitioner's petition for writ of habeas corpus, respondent's return and motion to dismiss, and the balance of the record, hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 10);
2. Respondent's motion to dismiss (Dkt. No. 7) is GRANTED and petitioner's habeas petition is DISMISSED with prejudice; and
3. The Clerk is respectfully directed to send a copy of this Order to the parties and to Judge Theiler.

//
//
//

ORDER
PAGE - 1

1   DATED this 12th day of October 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2